# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Allscripts Healthcare, LLC, | : |
|  | : Case No. 19-cv-11038 |
| Plaintiff/Counterclaim-Defendant, | : |
| v. | : Leave to File Granted |
|  | : April 28, 2020 (Dkt. 151) |
| DR/Decision Resources, LLC d/b/a Decision Resources Group, | : |
|  | : |
|  | : |
| Defendant/Counterclaimant. | : |

## DRG'S MEMORANDUM OF LAW IN SUPPORT OF ITS
## MOTION FOR SUMMARY JUDGMENT

**HARTLEY MICHON ROBB, LLP**
Patrick J. Hannon (BBO# 664958)
155 Seaport Blvd., 2nd Floor
Boston, MA 02210
P: (617) 723-8000
F: (617) 447-2800
phannon@hartleymichonrobb.com

and

**BLANK ROME LLP**
Daniel E. Rhynhart (*admitted pro hac vice*)
Michael D. Silberfarb (*admitted pro hac vice*
John P. Wixted (*admitted pro hac vice*)
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Rhynhart@BlankRome.com
MSilberfarb@BlankRome.com
JWixted@BlankRome.com

*Attorneys for Defendant-Counterclaimant*

Dated:   April 30, 2020

# Redacted

## IV.    <u>CONCLUSION</u>

As described herein, there is no material factual dispute, and Allscripts' claims lack any basis under the law. Accordingly, DRG respectfully requests that the Court grant summary judgment in favor of DRG.

Respectfully submitted,

/s/*Michael D. Silberfarb*

**HARTLEY MICHON ROBB, LLP**
Patrick J. Hannon (BBO# 664958)
155 Seaport Blvd., 2nd Floor
Boston, MA 02210
P: (617) 723-8000
F: (617) 447-2800
phannon@hartleymichonrobb.com

and

**BLANK ROME LLP**
Daniel E. Rhynhart (*admitted pro hac vice*)
Michael D. Silberfarb (*admitted pro hac vice*)
John P. Wixted (*admitted pro hac vice*)
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Rhynhart@BlankRome.com
MSilberfarb@BlankRome.com
JWixted@BlankRome.com

*Attorneys for Defendant-Counterclaimant*

Dated:  April 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants by electronic mail on April 30, 2020.

/s/ *Michael D. Silberfarb*
Michael D. Silberfarb