**United States District Court**
**District of Massachusetts**

**Allscripts Healthcare, LLC**,

      **Plaintiff,**

      **v.**

**DR/Decision Resources, LLC**
**d/b/a Decision Resources Group**,

      **Defendant.**

**Civil Action No.**
**19-11038-NMG**


**CONFIDENTIAL**
**ATTORNEYS EYES ONLY**

**Leave To File Excess Pages Granted**
**April 28, 2020 (Docket No. 151)**

**<u>Oral Argument Requested</u>**


**ALLSCRIPTS' MEMORANDUM IN OPPOSITION TO**
**DRG'S MOTION FOR SUMMARY JUDGMENT**

Sarah E. Walters
Matthew L. Knowles
McDERMOTT WILL & EMERY LLP
200 Clarendon Street, 58th Floor
Boston, Massachusetts  02116
(617) 535-3800

Michael S. Nadel
Jennifer B. Routh
Sarah P. Hogarth
Lauren H. Evans
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C.  20001
(202) 756-8000

*Attorneys for Plaintiff Allscripts Healthcare, LLC*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................. ii

INTRODUCTION .............................................................................................................. 1

FACTS ............................................................................................................................. 2

    A.    The Agreement ................................................................................................ 2

    B.    The Negotiation of the Agreement ............................................................... 4

    C.    The Statistician Certificate ............................................................................ 5

    D.    The Second Amendment ................................................................................ 6

    E.    DRG Provides Patient Level Allscripts Data to Its Clients ......................... 7

    F.    DRG Fabricates a Version of the Agreement .............................................. 8

    G.    The Revised Statistician Certificate ............................................................ 10

ARGUMENT IN OPPOSITION ........................................................................................ 10

I.      DRG HAS BREACHED THE AGREEMENT ................................................... 10

    A.    DRG Has Breached the Agreement's Requirements of Compliance
         with the Statistician Certificate. .................................................................. 10

    B.    Independently, DRG Has Breached the Agreement's Data Restrictions
         and Confidentiality Obligations. .................................................................. 15

    C.    DRG Has Identified Allscripts as a Provider of Data. .............................. 20

    D.    Numerous Disputes of Material Fact Preclude Summary Judgment. ....... 21

    E.    Allscripts Has Been Damaged by DRG's Breaches of the Agreement. ..... 23

II.     DRG HAS MISAPPROPRIATED ALLSCRIPTS' TRADE SECRETS. ........... 24

III.    DRG HAS ENGAGED IN UNFAIR AND DECEPTIVE TRADE PRACTICES. .......... 24

CONCLUSION .............................................................................................................. 25

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Agilent Techs., Inc. v. Kirkland*, No. 3512, 2010 WL 610725 (Del. Ch. Feb. 18, 2010) ............... 23

*Eagle Indus. v. DeVilbiss Health Care, Inc.*, 702 A.2d 1228 (Del. 1997) ..................................... 18

*Llamas v. Titus*, No. 2018-0516, 2019 WL 2505374 (Del. Ch. June 18, 2019) ............................ 18

*Malden Transp., Inc. v. Uber Techs., Inc.*, 286 F. Supp. 3d 264 (D. Mass. 2017) ........................ 24

*Mass. Eye & Ear Infirmary v. QLT Phototherapeutics, Inc.*, 552 F.3d 47 (1st Cir. 2009) ...... 24, 25

*NAMA Holdings, LLC v. World Mkt. Ctr. Venture, LLC*, 948 A.2d 411 (Del. Ch. 2007) ............. 10

*Paul v. Deloitte & Touche, LLP*, 974 A.2d 140 (Del. 2009) ........................................................... 24

*Town of Cheswold v. Cent. Del. Bus. Park*, 188 A.3d 810 (Del. 2018) .................................. 11, 12

**Regulations**

45 C.F.R. § 164.514(b)(1) ........................................................................................................ 2, 12

45 C.F.R. § 160.103 .................................................................................................................... 12

Redacted

Respectfully submitted,

/s/ *Michael S. Nadel*

Sarah E. Walters (BBO #638378)
Matthew L. Knowles (BBO #678935)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, 58th Floor
Boston, Massachusetts 02116
(617) 535-3800
allscripts@mwe.com

Michael S. Nadel (admitted *pro hac vice*)
Jennifer B. Routh (admitted *pro hac vice*)
Sarah P. Hogarth (admitted *pro hac vice*)
Lauren H. Evans (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C.  20001
(202) 756-8000
allscripts@mwe.com

*Attorneys for Plaintiff Allscripts Healthcare, LLC*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Allscripts respectfully requests that the Court hold a hearing on this motion or hear argument by telephone or video.

*/s/ Sarah E. Walters*

Sarah E. Walters

## CERTIFICATE OF SERVICE

I hereby certify on May 15, 2020, I filed this document using the CM/ECF system, which will cause service to upon all counsel of record, including as follows:

*Counsel for DRG:*

Patrick J. Hannon, Esq.
HARTLEY MICHON ROBB, LLP
155 Seaport Blvd., 2nd Floor
Boston, Massachusetts  02210

Daniel E. Rhynhart, Esq.
Michael D. Silberfarb, Esq.
John P. Wixted, Esq.
Michael Stoolman, Esq.
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania  19103

*/s/ Michael S. Nadel*

Michael S. Nadel